Mark Ditton WSBA#45432  
1312 Main Street  
Vancouver, WA 98660  
360-831-0893  
mark@nwrelief.com  
Attorney for Debtor

Judge: Honorable Christopher M. Alston  
Hearing Date: 5/20/2020  
Hearing Time: 1:00 pm  
Response Date: 5/13/2020  
Hearing Location: Telephonic

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON

In re:

Tricia Ann Burks

          Debtor(s).

Case No. 16-16175 CMA

NOTICE OF HEARING AND ATTORNEY'S APPLICATION FOR COMPENSATION IN A CHAPTER 13 CASE

## **NOTICE OF HEARING**

TO:    Clerk of the United States Bankruptcy Court; and All parties in interest:

    PLEASE TAKE NOTICE that an Application for Compensation in a Chapter 13 Case IS SET FOR HEARING as follows:

| **DATE OF HEARING** | **May 20, 2020** |
|---|---|
| **TIME** | **1:00pm** |
| **JUDGE** | **Hon. Christopher M. Alston** |
| **LOCATION** | **Telephonic:**<br>**Dial: 1-888-363-4749**<br>**Enter Access Code: 8955076#**<br>**Press the # sign**<br>**Enter Security Code when prompted: 3564#**<br>**Speak your name when prompted** |
| **RESPONSE DUE** | **May 13, 2020** |

    IF YOU OPPOSE the motion you must file your written response with the court clerk and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE

DATE. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

## **APPLICATION**,

Mark Ditton, attorney for the debtor(s), applies for additional fees and/or costs and expenses in the amount of $1,035.00

I certify under penalty of perjury that the following is true and correct:

1. This application includes amounts for:

    ☐ Pre-Confirmation compensation.

    ☒ Post-Confirmation compensation.

    ☐ Pre- and Post-Confirmation compensation.

2. The requested sum represents services rendered and / or costs and expenses incurred from 5/18/17 to 4/7/20, as set forth in the itemized time record attached pursuant to Local Rules W.D. Wash. Bankr. 2016-1(e)(3).

3. A plan

    ☒ was confirmed in this case on 2/17/17 (ECF Docket No._17_).

    ☐ has not been confirmed. If a plan has not been confirmed, I have attached an explanation of why I should be awarded compensation pre-confirmation.

4. This is my second application for compensation. I was previously awarded compensation as follows:

    $ 3.990.00 on 6/16/17  (ECF Docket No. ___26___)

    $                       (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

5. The debtor(s) paid me $400 prior to filing.

6. If approved, the total approved compensation will be $6,080.00(includes the amount debtor(s) paid me directly prior to filing this case, all compensation previously awarded and the compensation requested in this application).
7. If I was awarded the presumptive fee and this is my first application for compensation, the attached itemized time record includes all services I have provided for representation of the debtor(s) in any capacity whatsoever in connection with this case.
8. Allowance of the compensation requested in this application

    ☐ will require plan modification (e.g., the compensation makes the plan infeasible).

    ☒ will not require plan modification.

I REQUEST THAT:

1. The Court award the compensation requested.
2. The awarded compensation be allowed as an administrative expense under 11 U.S.C. § 503(b) and paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).
3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to the debtor(s) in care of Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

A proposed order that conforms to Local Forms W.D. Wash. Bankr., Form 13-10 is attached.

DATE: __4/7/2020_____

                                                /s/ Mark Ditton____
                                                Mark Ditton WSB#45432
                                                APPLICANT

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Notice and Application for Attorney Fees was served upon all Creditors Holding Allowed Claims per the attached mailing matrix and any parties requesting special notice by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

*Served electronically:*

Office of the U.S. Trustee;
Jason Wilson-Aguilar; case trustee

Dated this 7th Day of April, 2020.

                                                                               /s/Mark Ditton\_\_\_\_
                                                                               Mark Ditton WSB#45432
                                                                               360-831-0893 (office)
                                                                               866-241-4176 (fax)

```
Label Matrix for local noticing        AT&T Mobility II LLC                   At&t phone
0981-2                                  %AT&T SERVICES INC.                    PO BOX 2300
Case 16-16175-CMA                       KAREN A. CAVAGNARO  PARALEGAL          Southgate, MI 48195-4300
Western District of Washington          ONE AT&T WAY, SUITE 3A104
Seattle                                 BEDMINSTER,, NJ 07921-2693
Tue Apr  7 12:05:49 PDT 2020

Bank of America, N.A.                   Bradley M. Pederson                    Tricia Ann Burks
P O Box 982284                          630 E. 8th Street                      1404 Santa Fe Ln #101
El Paso, TX 79998-2284                  Port Angeles, WA 98362-6224            Silverdale, WA 98383-7723


CHI Franciscan Health                   (p)CAPITAL ONE                         Capital One
PO Box 2197                             PO BOX 30285                           PO BOX 105131
Tacoma, WA 98401-2197                   SALT LAKE CITY UT 84130-0285           Atlanta, GA 30348-5131


Capitol one                             (p)CITIBANK                            Comenity Capital Bank/Paypal Credit
PO Box 60599                            PO BOX 790034                          c/o Weinstein & Riley, PS
City of Industry, CA 91716-0599         ST LOUIS MO 63179-0034                 2001 Western Ave., Ste 400
                                                                               Seattle, WA 98121-3132


Credit Control                          Department Store National Bank         Mark Ditton
PO Box 31179                            c/o Quantum3 Group LLC                 Northwest Debt Relief Law Firm
Tampa, FL 33631-3179                    PO Box 657                             1312 Main Street
                                        Kirkland, WA  98083-0657               Vancouver, WA 98660-2919


Dynamic Collectors, INC                 EVERGREEN FINANCIAL SERVICES INC       Evergreen Finance Services
790 S Market Blvd                       PO BOX 9073                            1214 N 16th Ave
Chehalis, WA 98532-3420                 YAKIMA, WA 98909-0073                  Yakima, WA 98902-1348


First Source Advantage, LLC             Genpact Services                       IRS
PO Box 628                              PO Box 1969                            PO Box 7346
Buffalo, NY 14240-0628                  Southgate, MI 48195-0969               Philadelphia, PA 19101-7346


JCPenny                                 Jared the galleria of jewelry          Kinecta Federal Credit Union
po box 965009                           2501 S 38th St Ste C100                1440 Rosecrans Avenue
Orlando, FL 32896-5009                  Tacoma, WA 98409-7373                  PO Box 10003
                                                                               Manhattan Beach, CA 90267-7503


Kinetca Credit Union                    Lendermark Financial services          (p)LENDMARK FINANCIAL SERVICES
PO Box 91210                            4203 wheaton way ste F6                2118 USHER ST
City of Industry, CA 91715-1210         bremerton, WA 98310-3606               COVINGTON GA 30014-2434


Macy's                                  Mercantile                             Merchants acceptance inc
po box 8058                             165 Lawrence Bell Drive                1314 Auburn Way
Mason, OH 45040-8058                    Suite 100                              North Auburn, WA 98002-4109
                                        Buffalo, NY 14221-7900
```

| | | |
|---|---|---|
| Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO BOX 2011<br>Warren, MI 48090-2011 | Monterey Financial Services<br>PO Box 801639<br>Kansas City, MO 64180-1638 | PUGET SOUND ENERGY<br>PSE VENDOR COLLECTIONS BOT-02G<br>PO BOX 97034<br>BELLEVUE, WA 98009-9734 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pudget sound energy<br>PO Box 91269<br>bellevue, WA 98009-9269 | Puget Sound Collections<br>Attn:   Janice White<br>PO Box 3011<br>Tacoma, WA 98401-3011 |
| Puget Sound Collections<br>PO Box 3011<br>Tacoma WA  98401-3011 | SABA Associates<br>19735 10th Ave. NE<br>PO Box 1325<br>Poulsbo, WA 98370-7549 | SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Saba Commercial Services Corporation<br>PO Box 1352<br>poulsbo, WA 98370-0135 | Scott Braun<br>901 South Lincoln Street<br>Port Angeles, WA 98362-7848 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| Synchrony Bank<br>C/O Weinstein & Riley, P.S.<br>2001 Western Ave.<br>Suite #400<br>Seattle, WA 98121-3132 | Synchrony Bank<br>Po boX 960013<br>Orlando, FL 32896-0013 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA  17106-9184 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | bank of america<br>po box 851001<br>dallas, TX 75285-1001 |
| fedloan<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | paypal credit<br>po box 105658<br>Atlanta, GA 30348-5658 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>Bankruptcy Notices:<br>PO Box 5155<br>Norcross, GA 30091 | Citibank<br>PO Box 78009<br>Phoenix, AZ 85062 | Lendmark Financial Services, LLC.<br>2118 Usher Street NW<br>Covington, GA 30014 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Springleaf<br>PO Box 3327<br>Evansville, IN 47732-3327 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Evergreen Financial Services  (d)Jason Wilson-Aguilar          End of Label Matrix
PO Box 9073                      600 University St #1300          Mailable recipients   49
Yakima, WA 98909-0073            Seattle, WA 98101-4102           Bypassed recipients    2
                                                                  Total                 51